**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-2342**

WILMER FLORES-DURAN, a/k/a Luis Antonio Benegas-Cabrera,

Petitioner,

v.

MERRICK B. GARLAND, Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted:  September 22, 2021                    Decided:  October 1, 2021

Before MOTZ and KING, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Wilmer Flores-Duran, Petitioner Pro Se. Regina Byrd, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wilmer Flores-Duran, a native and citizen of Honduras, petitions for review of a decision and order of the Board of Immigration Appeals (the "Board") dismissing Flores-Duran's appeal from the Immigration Judge's decision denying his applications for withholding of removal and protection under the Convention Against Torture. After thoroughly reviewing the record, we are satisfied that the evidence does not compel a ruling contrary to any of the administrative factual findings, *see* 8 U.S.C. § 1252(b)(4)(B), and that substantial evidence supports the denial of relief, *see INS v. Elias-Zacarias*, 502 U.S. 478, 481 (1992). Accordingly, we deny Flores-Duran's petition for review for the reasons stated by the Board in its decision and order affirming the Immigration Judge's decision. *In re Flores-Duran* (B.I.A. Dec. 1, 2020). We also deny the Attorney General's motion to dismiss. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*